In the Matter of the Claim of SARA TANNENBAUM, Respondent, against PERFECT TAILORING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — death of salesman from fall in restaurant.*

*Tannenbaum* v. *Perfect Tailoring Co.*, 215 App. Div. 741, affirmed. (Submitted June 4, 1926; decided July 9, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, a salesman, in the course of his employment entered a restaurant to interview prospective customers and to eat lunch. When leaving he slipped on the floor and fell, receiving injuries resulting in his death.

*Paul Koch* and *Charles O. Truex* for appellants.

*William A. Hyman* and *Ralph F. Kane* for claimant, respondent.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.